**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES A. REDMOND, ) | |
| ) | |
| Debtor. ) | Case No. 08 C 961 |
| JAMES A. REDMOND, ) | |
| ) | Appeal from the United States Bankruptcy Court |
| Appellant, ) | for the Northern District of Illinois |
| ) | Case No. 96 B 03162 |
| v. ) | Hon. Eugene Wedoff, Judge Presiding |
| ) | |
| FIFTH THIRD BANK, f/k/a ) | Hon. Blanche M. Manning |
| PINNACLE BANK, ) | |
| ) | |
| Appellee. ) | |

**DEBTOR-APPELLANT JAMES A. REDMOND'S**
**MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF**

Debtor-Appellant, JAMES A. REDMOND, by his attorney, DAVID P. von EBERS, moves the Court for an extension of time to and including April 4, 2008, to file his initial Brief in this case. In support of this Motion, Debtor-Appellant states as follows:

1. Debtor-Appellant timely filed this appeal on January 2, 2008; and, on January 14, 2008, timely filed his Statement of Issues on Appeal and Designation of the Contents of the Record on Appeal, pursuant to Fed. R. Bankr. P. 8006.

2. This appeal was docketed in the United States District Court for the Northern District of Illinois, Eastern Division, on February 28, 2008. Accordingly, pursuant to Fed. R. Bankr. P. 8009, Debtor-Appellant's initial Brief is due to be filed on March 14, 2008.

3. However, Debtor-Appellant's primary counsel, David P. von Ebers, suffered a broken right ankle on February 18, 2008, and has only been able to work limited hours in the interim. Additionally, attorney von Ebers' mobility is limited due to his inability to drive and the

fact that he has been advised by his orthopedic doctor, George Holmes, Jr., MD, not to take public transportation while his ankle is in a cast.  Accordingly, attorney von Ebers, who does not have access to an on-line legal research service such as Lexis or Westlaw, has not been able to complete the legal research necessary to finalize Debtor-Appellant's initial Brief in the interim.

4. Attorney von Ebers' orthopedic doctor advises attorney von Ebers that he should be out of a cast and able to take public transportation and/or drive by March 31, 2008. Therefore, Debtor-Appellant requests an extension of time to and including April 4, 2008, to complete and file his initial Brief in this appeal.

5. This Motion is not brought for purposes of delay or to prejudice any party.

WHEREFORE, Debtor-Appellant, JAMES A. REDMOND, respectfully prays that the Court grant him an extension of time to and including April 4, 2008, to file his initial Brief in this case, and grant such further relief as the Court deems just and proper.

JAMES A. REDMOND

By:    /s/  David P. von Ebers
       One of His Attorneys

David P. von Ebers  (A.R.D.C. No. 6196337)
Help-U-Settle Attorneys, Chtd.
1034 Pleasant Street
Oak Park, Illinois  60302
(708) 386-4900