UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

James A. Redmond
                         Plaintiff,

v.                                       Case No.: 1:08−cv−00961
                                                  Honorable Blanche M. Manning

Fifth Third Bank
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning: Debtor−appellant James A. Redmond's motion for extension of time to file initial brief [5] is granted. Opening brief shall be filed by 4/4/2008. Response shall be filed by 5/2/2008. Reply shall be filed by 5/16/2008. Requests for further extensions shall be strongly disfavored.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.