**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES A. REDMOND, ) | |
| ) | |
| Debtor. ) | Case No. 08 C 961 |
| JAMES A. REDMOND, ) | |
| ) | Appeal from the United States Bankruptcy Court |
| Appellant, ) | for the Northern District of Illinois |
| ) | Case No. 96 B 03162 |
| v. ) | Hon. Eugene Wedoff, Judge Presiding |
| ) | |
| FIFTH THIRD BANK, f/k/a ) | Hon. Blanche M. Manning |
| PINNACLE BANK, ) | |
| ) | |
| Appellee. ) | |

**DEBTOR-APPELLANT JAMES A. REDMOND'S SECOND
MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF**

Debtor-Appellant, JAMES A. REDMOND, by his attorney, DAVID P. von EBERS, moves the Court for an extension of time to and including April 15, 2008, to file his initial Brief in this case. In support of this Motion, Debtor-Appellant states as follows:

1. Debtor-Appellant timely filed this appeal on January 2, 2008; and, on January 14, 2008, timely filed his Statement of Issues on Appeal and Designation of the Contents of the Record on Appeal, pursuant to Fed. R. Bankr. P. 8006.

2. This appeal was docketed in the United States District Court for the Northern District of Illinois, Eastern Division, on February 28, 2008. Accordingly, pursuant to Fed. R. Bankr. P. 8009, Debtor-Appellant's initial Brief was due to be filed on March 14, 2008.

3. However, on March 14, 2008, Debtor-Appellant's primary counsel, David P. von Ebers, filed a Motion for Extension of Time to File Debtor-Appellant's Initial Brief, based on the fact that attorney von Ebers had suffered a broken right ankle on February 18, 2008, and had

only been able to work limited hours in the interim.  Additionally, attorney von Ebers' mobility was limited due to his inability to drive and the fact that he has been advised by his orthopedic doctor, George Holmes, Jr., MD, not to take public transportation while his ankle is in a cast.  Accordingly, attorney von Ebers, who does not have access to an on-line legal research service such as Lexis or Westlaw, was able to complete the legal research necessary to finalize Debtor-Appellant's initial Brief in the interim.  Attorney von Ebers' orthopedic doctor had advised attorney von Ebers that he should be out of a cast and able to take public transportation and/or drive by March 31, 2008.  Therefore, Debtor-Appellant's prior Motion requested an extension of time to and including April 4, 2008, to complete and file Debtor-Appellant's initial Brief.

4. The Court granted Debtor-Appellant's Motion for Extension of Time to File his Initial Brief and extended the time for filing Debtor-Appellant's Brief to April 4, 2008.

5. Unfortunately, however, attorney von Ebers did not have his cast removed on March 31, 2008, as anticipated.  Instead, on March 24, 2008, attorney von Ebers' physician put on a new cast that is to remain on until April 7, 2008; but he has assured attorney von Ebers that the cast will come off on April 7 and will be replaced with a removable boot which will enable attorney von Ebers to drive and to take public transportation.

6. Accordingly, attorney von Ebers requests an additional extension of time, to and including April 15, 2008, the date of presentation of this Motion, to complete and file Debtor-Appellant's Initial Brief.

7. This Motion is not brought for purposes of delay or to prejudice any party.

3

WHEREFORE, Debtor-Appellant, JAMES A. REDMOND, respectfully prays that the Court grant him an additional extension of time, to and including April 15, 2008, to file his initial Brief in this case, and grant such further relief as the Court deems just and proper.

JAMES A. REDMOND

By:  /s/ David P. von Ebers
     One of His Attorneys

David P. von Ebers  (A.R.D.C. No. 6196337)
Help-U-Settle Attorneys, Chtd.
1034 Pleasant Street
Oak Park, Illinois  60302
(708) 386-4900