IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re JAMES A. REDMOND, Debtor | ) ) | |
| JAMES A. REDMOND, | ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | Case No. 08-cv-961 |
| FIFTH THIRD BANK, | ) ) | Judge Manning |
| | ) | Magistrate Judge Mason |
| Appellee. | ) | |

MOTION OF APPELLEE FIFTH THIRD BANK
FOR EXTENSION OF ONE WEEK TO FILE RESONSE BRIEF

Appellee, Fifth Third Bank ("Fifth Third"), as secured creditor of Appellant James Redmond ("Redmond"), by its counsel, Edward J. Lesniak of Burke, Warren, MacKay & Serritella, P.C., hereby moves the Court to extend the time for Fifth Third to file its response brief for a period of one week, in support of which Fifth Third states as follows:

1. On May 15, 2008, this Court allowed Redmond to file his opening brief late, and set June 12, 2008 as the date for Fifth Third to file its response brief.

2. The next day, the undersigned counsel for Fifth Third received a motion to dismiss an appeal in a case he is handling in the Illinois Appellate Court, namely Chase Home Finance LLC v. Ron Ohr, Appellate No. 07-3226. The Motion required immediate and full attention with a 10-day response time under Illinois Supreme Court Rule 361(b)(2).

3. In addition, shortly after the Memorial Day weekend, the undersigned counsel contracted a severe head cold that impaired his ability to work for more than a week.

2

4. It has become apparent to the undersigned counsel that as a result of these occurrences, he will be unable to complete Fifth Third's response brief as scheduled on June 12, 2008, and he reasonably believes a one-week extension is all that will be needed to enable him to conclude his work on the brief.

5. A one-week extension for filing the response brief will not prejudice Redmond, as this Court has not yet set a date for a reply brief.

WHEREFORE, Fifth Third Bank respectfully requests that it be given a one-week extension, that is, from June 12, 2008 to and including June 19, 2008, to file Fifth Third Bank's response brief, or for such other relief as is just and proper in the circumstances.

FIFTH THIRD BANK, Appellee

By:  /s/   Edward J. Lesniak
       Its attorney

Edward J. Lesniak
Burke, Warren, MacKay & Serritella, P.C.
Attorneys for Fifth Third Bank
330 N. Wabash Avenue, 22nd Floor
Chicago, IL  60611-3607
(312) 840-7000 (telephone)
(312) 840-7900 (facsimile)
11002\00001\472094.1