IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re JAMES A. REDMOND, Debtor | ) |
| JAMES A. REDMOND, | ) |
| Appellant, | ) |
| v. | ) Case No. 08-cv-961 |
| FIFTH THIRD BANK, | ) Judge Manning |
|  | ) Magistrate Judge Mason |
| Appellee. | ) |

## NOTICE OF MOTION

To:   All of the Parties on the Attached Certificate of Service

PLEASE TAKE NOTICE that on June 12, 2008, at 11:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning, or any judge sitting in her place and stead, in Courtroom 2125 at the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Appellee Fifth Third Bank's Motion for an Extension of One Week to File Response Brief, a copy of which is attached hereto and served upon you herewith.

FIFTH THIRD BANK, Appellee

By: /s/   Edward J. Lesniak
One of its attorneys

Edward J. Lesniak
Burke, Warren, MacKay & Serritella, P.C. (#41704)
Local Counsel for Appellee, Fifth Third Bank
330 N. Wabash Avenue, 22nd Floor
Chicago, IL  60611-3607
(312) 840-7000
11002\00001\469071.1

## CERTIFICATE OF SERVICE

The undersigned, Edward J. Lesniak, one of the attorneys for Appellee Fifth Third Bank, certifies that he caused the foregoing Notice of Motion, together with a copy of the Motion referred to therein, to be filed electronically. Notice of this filing will be sent by operation of Court's electronic filing system to all parties indicated on the electronic filing receipt, including Constantine Harvalis and David P. von Ebers. Notice of this filing will be served upon the following parties or persons by depositing true and correct copies of same in the U.S. Mail chute at 330 N. Wabash Avenue, Chicago, Illinois in a properly addressed envelope, with postage fully prepaid this 9th day of June, 2008 before the hour of 5:00 p.m.:

Kenneth S. Gardner
United States Bankruptcy Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL  60604

Eugene Wedoff
United States Bankruptcy Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL  60604

Jordan B. Rifis
Help-U Settle Attorney Chtd.
1034 Pleasant Street
Oak Park, IL  60302

/s/   Edward J. Lesniak