UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

James A. Redmond
                    Plaintiff,

v.                                    Case No.: 1:08−cv−00961
                                                     Honorable Blanche M. Manning

Fifth Third Bank
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Motion hearing held on 6/12/2008. Appellee Fifth Third Bank's motion for extension of time to 6/19/2008 to file response [16] is granted. Reply to be filed by 7/3/2008.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.