## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES A. REDMOND, ) | |
| ) | |
| Debtor. ) | Case No. 08 C 961 |
| JAMES A. REDMOND, ) | |
| ) | Appeal from the United States Bankruptcy Court |
| Appellant, ) | for the Northern District of Illinois |
| ) | Case No. 96 B 03162 |
| v. ) | Hon. Eugene Wedoff, Judge Presiding |
| ) | |
| FIFTH THIRD BANK, f/k/a ) | Hon. Blanche M. Manning |
| PINNACLE BANK, ) | |
| ) | |
| Appellee. ) | |

### DEBTOR-APPELLANT JAMES A. REDMOND'S
### MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Debtor-Appellant, JAMES A. REDMOND ("Redmond"), by his attorney, DAVID P. von EBERS, moves the Court for an extension of time to and including July 11, 2008, to file his Reply Brief in this case. In support of this Motion, Redmond states as follows:

1.　On June 12, 2008, the Court granted the Motion of Appellee, FIFTH THIRD BANK, f/k/a PINNACLE BANK ("Fifth Third"), for an extension of time to and including June 19, 2008, to file its brief in this appeal. The Court also granted Redmond to and including July 3, 2008 to file his Reply Brief.

2.　Fifth Third then filed its Brief with the Court on June 19, 2008.

3.　In the interim, Redmond's attorney, David P. von Ebers, sought to consult with David A Mucklow, the attorney who represented Redmond in his Chapter 13 case which is the subject of this appeal. Attorney Mucklow relocated his practice to Ohio, but attorney von Ebers and Redmond are able to contact Mucklow via e-mail and telephone.

4.	Attorney von Ebers has supplied attorney Mucklow with various relevant items from the file in this case, including the judgment appealed from, Redmond's initial Brief in this appeal, and Fifth Third's Brief, which was filed on June 19.

5.	However, given the shortness of time since the filing of Fifth Thirds' Brief, their respective schedules and the impending holiday weekend, attorney von Ebers and attorney Mucklow have not had the opportunity to have a detailed discussion regarding this matter.

6.	Accordingly, attorney von Ebers requests an extension of time, to and including July 11, 2008, to complete and file Redmond's Reply Brief.

7.	This Motion is not brought for purposes of delay or to prejudice any party.

WHEREFORE, Debtor-Appellant, JAMES A. REDMOND, respectfully prays that the Court grant him an additional extension of time, to and including July 11, 2008, to file his Reply Brief in this case, and grant such further relief as the Court deems just and proper.

JAMES A. REDMOND

By:  /s/  David P. von Ebers
     One of His Attorneys

David P. von Ebers  (A.R.D.C. No. 6196337)
Help-U-Settle Attorneys, Chtd.
1034 Pleasant Street
Oak Park, Illinois  60302
(708) 386-4900