UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

James A. Redmond
                           Plaintiff,

v.                                                     Case No.: 1:08−cv−00961
                                                   Honorable Blanche M. Manning

Fifth Third Bank
                           Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Debtor−Appellant's motion for extension of time to 7/11/2008 to file reply [20] is granted.Mailed notice(rth, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.