# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES A. REDMOND, ) | |
| ) | |
| Debtor. ) | Case No. 08 C 961 |
| JAMES A. REDMOND, ) | |
| ) | Appeal from the United States Bankruptcy Court |
| Appellant, ) | for the Northern District of Illinois |
| ) | Case No. 96 B 03162 |
| v. ) | Hon. Eugene Wedoff, Judge Presiding |
| ) | |
| FIFTH THIRD BANK, f/k/a ) | Hon. Blanche M. Manning |
| PINNACLE BANK, ) | |
| ) | |
| Appellee. ) | |

### DEBTOR-APPELLANT JAMES A. REDMOND'S
### MOTION FOR LEAVE TO FILE REPLY BRIEF, *INSTANTER*

Debtor-Appellant, JAMES A. REDMOND ("Redmond"), by his attorney, DAVID P. von EBERS, moves the Court for leave to file his Reply Brief in this case, *instanter*. In support of this Motion, Redmond states as follows:

1. On July 10, 2008, the Court granted Redmond an extension of time to and including July 11, 2008 to file his Reply Brief, in order to enable Redmond's attorney, David P. von Ebers, to consult with David A Mucklow, the attorney who represented Redmond in his Chapter 13 case which is the subject of this appeal. Attorney Mucklow has since relocated his practice to Ohio.

2. Attorney von Ebers has completed a draft of the Reply Brief, but has not had sufficient time to transmit the draft to attorney Mucklow for his review and still file the Reply Brief on July 11, 2008. With leave of Court, Attorney von Ebers will file the Reply Brief, with our without attorney Mucklow's input, upon presentation of this Motion.

3.    Accordingly, attorney von Ebers requests an extension of time, to and including the date of presentation of this Motion, to file Redmond's Reply Brief.

4.    This Motion is not brought for purposes of delay or to prejudice any party.

WHEREFORE, Debtor-Appellant, JAMES A. REDMOND, respectfully prays that the Court grant him leave to file his Reply Brief *instanter*, and grant such further relief as the Court deems just and proper.

                                                JAMES A. REDMOND

                                                By:    /s/  David P. von Ebers
                                                         One of His Attorneys

David P. von Ebers  (A.R.D.C. No. 6196337)
Help-U-Settle Attorneys, Chtd.
1034 Pleasant Street
Oak Park, Illinois  60302
(708) 386-4900