**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAMES A. REDMOND, | ) | |
| | ) | |
| Debtor. | ) | Case No. 08 C 961 |
| JAMES A. REDMOND, | ) | |
| | ) | Appeal from the United States Bankruptcy Court |
| Appellant, | ) | for the Northern District of Illinois |
| | ) | Case No. 96 B 03162 |
| v. | ) | Hon. Eugene Wedoff, Judge Presiding |
| | ) | |
| FIFTH THIRD BANK, f/k/a | ) | Hon. Blanche M. Manning |
| PINNACLE BANK, | ) | |
| | ) | |
| Appellee. | ) | |

**NOTICE OF MOTION**

TO:   *See attached Service List*

      On July 17, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanche M. Manning, or whomever may be sitting in her stead, in the courtroom usually occupied by her, Room 2125 of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Debtor-Appellant James A. Redmond's Motion for for Leave to File Reply Brief,** *Instanter*, a true and correct copy of which Motion is attached hereto and is hereby served upon you, and shall request hearing thereon, *instanter*.

                                                             JAMES A. REDMOND

                                                     By:   /s/  David P. von Ebers
                                                              One of His Attorneys

David P. von Ebers  (A.R.D.C. No. 6196337)
Help-U-Settle Attorneys, Chtd.
1034 Pleasant Street
Oak Park, Illinois  60302
(708) 386-4900

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Motion and the Motion to which it refers to be filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Additionally, the individuals identified on the attached service list will be served by mail, by placing true and correct copies of this Notice of Motion and the Motion to which it refers in envelopes addressed as indicated on the attached service list, with postage prepaid, and depositing the same in the U.S. mail at the Oak Park Main Post Office before the hour of 5:00 p.m. on July 11, 2008.

                                                /s/ David P. von Ebers

*In Re James A. Redmond, Debtor*, Case No. 96 B 03162

## SERVICE LIST

James A. Redmond
Mr. James Redmond
125 Acacia Drive
Indian Head Park, Illinois  60525
***Debtor/Appellant***

Roberto Anguizola, Esq.
Schwartz Cooper, Chartered
180 North LaSalle Street
Suite 2700
Chicago, Illinois  60601
***Attorneys for Metropolitan Mortgage and Security Company, Inc.***

Michael C. Kim, Esq.
Michael C. Kim & Associates
19 South LaSalle Street
Suite 303
Chicago, Illinois  60603
***Attorneys for Wilshire Green Condominium Association***

Paul R. Gamperl, Esq.
Tribler, Orpett & Meyer P.C.
225 West Washington Street
Suite 1300
Chicago, Illinois 60606-3408
***Attorneys for Robert A. Egan***